# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| SHIRLEY SUSANNE RHODABARGER,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>        Defendant. | Case No. ED CV 14-2020-AS<br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: January 19, 2015.

                                                          /s/<br>
                                                  ALKA SAGAR<br>
                                      UNITED STATES MAGISTRATE JUDGE